Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Chapman L. Noam
Assistant Federal Public Defender
Nev. Bar No. 16291; Cal. Bar No. 349965
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Chapman_Noam@fd.org

*Attorney for Petitioner Carlos Medrano Benito

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Carlos Medrano Benito,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

Case No. 2:26-cv-03328-RFB-MDC

**Unopposed Motion to modify transfer order**

**&**

**Unopposed Motion for Extension of Time to File Amended Petition or Motion to Dismiss (Second Request)**

Petitioner Carlos Medrano Benito is in federal immigration custody. Medrano Benito filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241 on or about October 9, 2026.[1] This Court issued a no transfer order on October 14, 2026, ordering that "Respondents are enjoined from removing, or transferring, Petitioner outside of the District of Nevada pending further order of the Court."[2]

[1] ECF No. 1-1.

[2] ECF No. 3 at 2.

This Court further ordered Medrano Benito to file a counseled amended petition by November 9, 2026.[3]

On September 10, 2026, a Deportation Officer reinstated a previously executed removal order against Medrano Benito.[4] On November 5, 2026, undersigned counsel met with Medrano Benito, who confirmed that he does not wish to appeal the reinstatement decision or pursue other relief at this time. He further stated that he would like this Court to modify its October 14th order to allow Federal Respondents to transfer him from Nevada solely to facilitate his prompt removal to Guatemala. Therefore, Petitioner respectfully requests the Court modify its prior order to allow Respondents to transfer Medrano Benito from Nevada solely for the purpose of facilitating his prompt removal to Guatemala. *See Juarez v. Blanche*, No. 2:26-cv-01211-CDS-BNW, ECF 19 (D. Nev. July 9, 2026) (granting motion to modify no-transfer order to allow voluntary departure).

As a result of the discussion with Medrano Benito on November 5, 2026, undersigned counsel also intends to move to dismiss this case once he receives proof confirming that Medrano Benito has been returned to Guatemala. Since proof of Medrano Benito's removal is not currently available, undersigned counsel requests an extension of time of fourteen days to file a motion to dismiss or, if Respondents fail to facilitate his prompt departure, an amended petition, which is currently due today, November 9, 2026. This motion is not filed for the purpose of delay but in the interests of justice as well as the interest of Medrano Benito. Undersigned counsel has been diligently working on this matter but requires additional time to see if the government is able to effectuate a lawful removal of Medrano Benito, and, if not, to

[3] ECF No. 10 at 2.

[4] ECF No. 7-1 at 6.

amend Medrano Benito's petition to address issues that have since become appropriate for his petition.

Undersigned counsel contacted Respondents' counsel, AUSA Martin Mayer, on November 9, 2026, regarding both the motion to modify transfer order and the motion for extension of time, and he responded that he did not oppose either.

Petitioner also asks this Court to order the Respondents to file a status report within 7 days advising the Court that travel has been secured for Medrano Benito's departure to Guatemala. Medrano Benito reserves the right to continue litigating this case if Respondents fail to facilitate his prompt departure. Counsel's office has had other cases where the petitioner seeking removal has remained in custody for an extended period while waiting to be transported to their home country.

Accordingly, Medrano Benito respectfully requests this Court modify the transfer order to allow Federal Respondents to effectuate his removal and also to extend his time to file the amended petition or a motion to dismiss by fourteen days, up to and including November 23, 2026.

Dated November 9, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Chapman L Noam*
Chapman L. Noam
Assistant Federal Defender

IT IS SO ORDERED:



United States District Judge

Dated: November 10, 2026